Alabama & V. Ry. Co. *v.* Jackson & E. Ry. Co.

[91 South. 702. No. 22820.]

Appeal and Error.   *Supreme court, on motion for supersedeas, will not pass on matters further than necessary to determine motion.* On a motion in the supreme court by the appellant in a cause pending in said court, for a supersedeas of the judgment appealed from, the supreme court, in considering such motion, will not pass upon the questions in said cause which must be finally decided, further than may be necessary to determine whether such motion should be granted.

Appeal from chancery court of Lauderdale county.
Hon. G. C. Tann, Chancellor.

Bill by the Alabama &. Vicksburg Railway Company against the Jackson & Eastern Railway Company to enjoin eminent domain proceedings by the defendant against the plaintiff, in which the court dissolved an injunction, and the plaintiff was granted an appeal, but denied a *supersedeas*. On motion for *supersedeas*. Motion granted.

*Bozeman & Cameron, R. H. & J. H. Thompson* and *S. L. McLaurin,* for appellant.

*Neville & Stone,* for appellee.

Anderson, J., delivered the opinion of the court.

Appellee, Jackson & Eastern Railway Company, was proceeding in an eminent domain court to condemn a switch connection with the main line of the railroad of appellant, Alabama & Vicksburg Railway Company. The latter filed its bill in the chancery court of Lauderdale county seeking to enjoin said eminent domain proceedings. Upon the filing of said bill an injunction issued

restraining appellee from further prosecuting said proceedings. Appellee demurred to appellant's bill. Appellee moved the dissolution of said injunction, which motion was heard on the original bill, exhibits, and demurrer. The trial court sustained the motion and dissolved the injunction. Appellant prayed for an appeal with *supersedeas* to the supreme court from said decree. The trial court granted appellant's prayer for an appeal, but denied *supersedeas*. An appeal bond was duly executed by appellant in accordance with the decree of the court below, which thereby transferred the cause to this court.

After reaching this court, appellant entered a motion here for a *supersedeas* of the decree appealed from. We do not deem it advisable to pass on the questions which must be finally decided in this cause, further than is necessary to determine whether this motion ought to be granted. After considering the record before us, in connection with the briefs and oral arguments of counsel, we are of opinion that the appellant is entitled to *supersede* the decree appealed from pending said appeal. *Supersedeas* is therefore granted, upon appellant entering into bond in the penal sum of five thousands dollars, with sufficient surety, to be approved by the clerk of the chancery court of Lauderdale county, payable and conditioned according to law.

*Motion granted.*